[Grafton, December, 1886.]

### CHASE *v.* BARNARD.

ISSUE, for the determination of a right of homestead.

BINGHAM, J. The wife is entitled to a homestead. The legal question in the case was decided in *Nichols* v. *Nichols,* 62 N. H. which is affirmed.

ALLEN, J., did not sit : the others concurred.

*G. B. French,* for the plaintiff.

*D. Barnard,* for the defendant.